UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Walter Dolan,<br><br>          Plaintiff,<br><br>v.<br><br>World Wide Stone Corporation, Inc., a Nevada corporation; Frank Cunningham and Jane Doe Cunningham, husband and wife; John Heck and Jane Doe Heck, husband and wife; Joel Allred and Jane Doe Allred, husband and wife<br><br>          Defendants. | Case No. CV-15-02269-PHX-DMF<br><br>**ORDER** |

      This Court has before it the parties' joint motion for approval of settlement agreement and order for dismissal of all claims with prejudice (Doc. 38). The parties seek court approval because the case involves alleged violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. 201-219. The parties do so because, based upon *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353-54 (11th Cir. 1982), they assert that FLSA claims may not be settled without approval of the Department of Labor or the district court. This FSLA settlement was reached in the context of a lawsuit, in which all parties were represented by counsel, the Court has reviewed the settlement agreement, and the Court finds that the settlement agreement fairly and reasonably resolves the parties' dispute.

      **IT IS HEREBY ORDERED** approving the parties' settlement agreement and, pursuant to the settlement agreement, dismissing this matter with prejudice, with the parties to bear fees

and costs as set forth in the parties' settlement agreement.

Dated this 17th day of October, 2016.

_____
Honorable Deborah M. Fine
United States Magistrate Judge